UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAMJIT SINGH,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | No. 1:26-cv-0683-DAD-EFB<br><br>ORDER |

Petitioner is an immigration detainee proceeding without counsel in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Because the petition is identical to that filed in *Karamjit Singh v. Christopher Chestnut*, E.D. Case No. 1:26-cv-0625-DJC-JDP, the instant petition is DISMISSED as duplicative. *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) ("[A] district court may exercise its discretion to dismiss a duplicative later-filed action…"). The Clerk of Court is directed to terminate all pending motions.

So ordered.

Dated: September 10, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE